IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

Brice Neil Cantrell executor,

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

V.

-against-

Brunswick Maine Police/ Town of Brunswick M.E. Ofc Nathan Day Ofc Paige Michaud

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. 2:24-cv-246-NT
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
                *(check one)*

*[signature] exe*

Brian cantrell exe

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Brice Neil Cantrell exe.
   Street Address: 206 Harpswell Rd
   City and County: Brunswick  Cumberland
   State and Zip Code: Maine  04011
   Telephone Number: 207 295-6818 / 207/405/7886
   E-mail Address: bricecantrell1965@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Nathan Day
   Job or Title (if known): Officer
   Street Address:
   City and County: Brunswick Cumberland
   State and Zip Code: Maine - 04011
   Telephone Number: 207 725 5521
   E-mail Address (if known): N Day

   Defendant No. 2
   Name: Paige Michaud
   Job or Title (if known): Officer
   Street Address:
   City and County: Brunswick Police 04011

State and Zip Code: Brunswick Maine 04011
Telephone Number:
E-mail Address (if known): pmichaud@brunswickpd.org

Defendant No. 3
Name: Paul Hansen
Job or Title (if known): Commander / investigating officer of complaints
Street Address:
City and County: Brunswick Cumberland
State and Zip Code: Maine 04011
Telephone Number: 207 725 5521
E-mail Address (if known): PHansen@brunswickpd.org

Defendant No. 4
Name: Scott Stewart
Job or Title (if known): Cheif of Police
Street Address:
City and County: Brunswick Cumberland
State and Zip Code: Maine 04011
Telephone Number: 207 725 5521
E-mail Address (if known): sstewart@brunswickpd.org

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

My freedom Deprived By Nathan Day No crime committed, section 42, 12203 242, 241, 250,

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Brice Cantrell, is a citizen of the State of *(name)* Maine.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* Nathan Day, is a citizen of the State of *(name)* Maine. Or is a citizen of *(foreign nation)* Yes He is.

Brice Cantrell exe

b. If the defendant is a corporation

The defendant, (name) Brunswick PD, is incorporated under the laws of the State of (name) MAINE, and has its principal place of business in the State of (name) MAINE. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Brunswick.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy 10 counts of Deprivation 2 million in Damages

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

On foot deprivation of freedom, false Arrest, took my Recording device, Retaliation, Assault, Prior Restraint, Failure to Identify

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

June 23Rd, 2023 Assault, By Nathan day, for Defending my Rights verbly, cuffs Behind Back, Both sholders Are Reprined, pain After this Assault, Became unBareable, Jan of 2024, pyhiscal therapy for 3 mounths, 10 lb Left Arm Limit, 30 LB Limit Right arm, BIW, put me in tool Repair Because of my Limits.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Hand cuffed By Nathan day caused shoulder pain in physical therapy torn muscle

V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 27, 2024

Signature of Plaintiff: *Brian attum exe*

Printed Name of Plaintiff: Brice N. Cantrell executor

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 23-2023, Nathan day, Assault Battery, for Defending my 4th Amendment Right to travel. June 3 2024, Nathan day Retaliation $152, ticket 8 min After Recording him.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Owner of Buisness I parked at, June 23-2023 Video evidence

continue exc

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Handicapped Both shoulders Left shoulder, damages 3 moonths of pyhisical therapy. Torn Rotator Cuff, Pain every day since, false arrest June 23 2023 By Nathan day, Damaged my Recording Device, Battery Distroyed $100, therapy - $1000.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Nathan day, tickets me Brice cantrell for pedestrain on Highway, never stepped on Roadway. Dismissed Dec, of 2023, Headlight ticket threated with violent arrest 3 times By Paige M., "Contract signed under duress" Judge Dose not dismiss after Paige. M. Agreed, SHe threated to Arrest for no crime no victim.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Brice Cantrell
   Defendant(s) Brunswick Maine Police/town

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Fedral District of Maine

3. Docket or index number
   Civil No. 2:23-CV-00283-NT

4. Name of Judge assigned to your case
   Karen Wolf. MGM

5. Approximate date of filing lawsuit
   July 2023

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Part dismissed Part granted.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Brice cantrell [signature]

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2024 JUL 10 A 10: 02
DEPUTY CLERK

Brice Cantrell exe.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Brunswick Police et al

officers Nathan day, Paige Mehad

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:24-cv-246-NT
(to be filled in by the Clerk's Office)

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Brice arthur exe
July 10 2024

Page 1 of 11

4. Amount of money that I have in cash or in a checking or savings account:  $ 1000.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): two car payments. 1000. monthly.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense): $1000. A year to investigate Brunswick Police $1000. A year in equipment cameras memory cards trypods-ect -$8000. in 4 years.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: Melissa Cantrell wife dependant unable to work, limmited mobility,

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): 2016- Jeep $500. monthly capital one. 2016 Camaro, wifes car, $500. moutl

Declaration:  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: May 11 - 2024

_____
Applicant's signature

Brice Neil Cantrell exe.
Printed name