UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRICE CANTRELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00246-SDN |
| | ) | |
| NATHAN DAY, | ) | |
| | ) | |
| Defendant | ) | |

FINAL PRETRIAL CONFERENCE
REPORT AND ORDER

On August 5, 2026, I conducted a final pretrial conference in this matter. The Plaintiff appeared pro se, and Attorney Wall appeared for the Defendant. The following issues were addressed and will govern the trial of this case.

## I. Case Description

In this case, the Plaintiff, Brice Cantrell, brings a claim against the Defendant, Brunswick Police Officer Nathan Day, for First Amendment retaliatory arrest. The Defendant denies any liability.

## II. Trial Preparation

1. *Discovery*. Discovery is complete. The parties indicated that there are no outstanding discovery disputes that require the Court's involvement.

2. *Motions in Limine*. Any motions in limine shall be filed by August 20, 2026, and any objections shall be filed by August 27, 2026. No reply memoranda shall be permitted.

3. *Maximum Number of Trial Days*. The case will require no more than three full trial days based on an 8:30 a.m. to 2:30 p.m. schedule.

## III. Trial Schedule

4. *Trial Period*. The case will be tried during the period beginning September 1, 2026, and ending October 2, 2026.

1

5. *Jury Selection*.  The jury will be selected on September 1, 2026, at 8:00 a.m. If the parties consent to a Magistrate Judge presiding over jury selection, they must file written consent by August 20, 2026.

6. *Trial Protection Periods*.  The case will not be subject to trial on the following dates during the trial period: September 4, 8, 9, and 28, 2026.

7. *Tentative Trial Start Date*.  The trial is tentatively scheduled to begin immediately after jury selection but is subject to beginning on another date during the trial period as the Court's schedule may require.  Trial days will commence at 8:30 a.m. and end at 2:30 p.m., unless otherwise adjusted by the Court.

8. *Settlement Notice*.  The parties shall inform the Clerk's Office whether the case is settled or firm for trial by August 20, 2026.

## IV.  Trial Process

9. *Stipulations*.  The parties shall file any agreed-to stipulations by August 27, 2026.

10. *Depositions*.  The parties shall exchange designated deposition transcripts or videos that they intend to use at trial by August 20, 2026.  Any objection to the admissibility of a deposition transcript or video shall be filed by written motion by August 27, 2026.

11. *Exhibits*.  The parties shall exchange exhibits by August 20, 2026.  The parties shall separately prepare and file a list of all the exhibits they intend to offer at trial, employing the form available on the Court's website (www.med.uscourts.gov/forms) by August 27, 2026.

12. *Witnesses*.  Each party shall file its witness list by August 27, 2026.  For each witness, the list shall indicate (1) the witness's name and address, (2) whether the witness is a fact witness or an expert witness, (3) a concise statement of the general subject matter of the witness's testimony, and (4) an estimate of the time required for the direct examination of the witness.

13. *Jury Voir Dire*.  The parties shall file any proposed supplemental voir dire questions for the jury panel and any request for a case-specific written questionnaire for prospective jurors by August 20, 2026.  The parties are requested not to propose questions that are addressed in the Court's standard Juror Questionnaire (www.med.uscourts.gov/sites/med/files/Supplemental_Juror_Questionnaire.pdf).  The completed questionnaires are usually made available on CM/ECF three working days prior to jury selection.

14. *Jury Instructions*.   The parties shall submit proposed jury instructions by August 20, 2026.  Proposed instructions shall be stated in separate paragraphs and numbered sequentially.  The requesting party shall follow the text of each proposed instruction with supporting legal authorities.  The opposing party may submit a concise statement of any opposing authority by August 27, 2026.

15. *Special Verdict Form*.  If a verdict form is requested, the parties shall submit to the Court either an agreed-upon verdict form or separate verdict forms by August 27, 2026.

16. *Trial Brief*.  Each party may file by August 27, 2026, a trial brief setting forth the significant factual and legal issues to be presented at trial and the party's position on each identified issue.  The trial brief shall not exceed ten pages in length.

17. *Trial Management Conference*.  The parties may request an additional trial management conference by contacting the Clerk's Office.

*SO ORDERED*.

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: August 5, 2026

/s/ Karen Frink Wolf
United States Magistrate Judge

3